UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KAREN LUCIANO and<br>JOSEPH LUCIANO | )<br>)<br>)<br>) |  |
| Plaintiffs, | )<br>) |  |
| v. | )<br>) | Civil Action No. 04-12350-NG |
| WYETH, INC. and WYETH<br>PHARMACEUTICALS INC. | )<br>)<br>)<br>) |  |
| Defendants. | ) |  |

**STIPULATION OF EXTENSION OF TIME TO RESPOND**

IT IS HEREBY STIPULATED AND AGREED by and between defendants Wyeth, Inc. and Wyeth Pharmaceuticals Inc. (collectively, "Wyeth") and plaintiffs Karen Luciano and Joseph Luciano that the time for Wyeth to answer or otherwise respond to the complaint in this action is hereby extended through and including the day that transfer of this case to *In re Prempro Products Liability Litigation*, MDL Docket No. 4:03CV1507 WRW, is accomplished.

Respectfully submitted,

KAREN LUCIANO and JOSEPH LUCIANO

By their attorneys:

/s/ Albert Flanders
Samuel Pollack (BBO No. 560617)
Albert Flanders (BBO No. 567076)
Pollack & Flanders, LLC
50 Congress Street, Suite 430
Boston, MA 02109
(617) 259-3000
aflanders@pollackandflanders.com

Dated: March 7, 2005

US1DOCS 4999805v1

                WYETH, INC. and WYETH
                PHARMACEUTICALS, INC.

By their attorneys:

/s/ John J. Butts_____
Robert M. Mahoney (BBO No. 315040)
John J. Butts (BBO No. 643201)
David A. Giangrasso (BBO No.654975)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000
john.butts@wilmerhale.com

Dated:  March 7, 2005