A CERTIFIED TRUE COPY

APR -8 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 23 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1507

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE PREMPRO PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-43)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 14 2005

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,796 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR - 8 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By: _____ D.C.

600

Page 1 of 2

# SCHEDULE CTO-43 - TAG ALONG ACTIONS
# DOCKET NO. 1507
# IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

DISTRICT  DIV.  C.A.#

CALIFORNIA CENTRAL
   CAC   2  04-10300      Brenda Harvey v. Wyeth, et al.
   CAC   2  05-853       Joy Miller v. Wyeth
   CAC   2  05-900       Tena Valentine v. Wyeth, et al.
   CAC   2  05-905       Mary Dawson v. Wyeth, et al.
   CAC   2  05-911       Wanda Foltz v. Wyeth, et al.
   CAC   2  05-1204      Judith Allen v. Wyeth, et al.

CALIFORNIA NORTHERN
   CAN   3  04-4087      Joyce Ford, et al. v. Wyeth, et al.

FLORIDA MIDDLE
   FLM   8  05-279       Janet E. Smith v. Wyeth, et al.

GEORGIA SOUTHERN
   GAS   1  05-14        Diane Brenda Schlein, et al. v. Wyeth Pharmaceuticals, Inc., et al.

KENTUCKY EASTERN
   KYE   7  05-58        Bonnie Gibson, et al. v. Wyeth, et al.
   KYE   7  05-61        Gaye Thompson, et al. v. Wyeth, et al.
   KYE   7  05-62        Jewelne Turner, et al. v. Wyeth, et al.

LOUISIANA EASTERN
   LAE   2  05-582       Rosalie L. Kibodeaux v. Wyeth, Inc., et al.

LOUISIANA WESTERN
   LAW   5  05-230       Cora Graham v. Wyeth, Inc., et al.

MASSACHUSETTS
   MA   1  04-12350      Karen Luciano, et al. v. Wyeth, Inc., et al.
   MA   1  05-10144      Sheryl Skerry v. Wyeth, Inc., et al.

MINNESOTA
   MN   0  05-91         Barbara Mahanes v. Wyeth, et al.
   MN   0  05-263        Sonia Holt v. Wyeth, et al.
   MN   0  05-405        Eleanor Ridenhower v. Wyeth, et al.
   MN   0  05-406        Rhoda Ann Greene, et al. v. Wyeth, et al.
   MN   0  05-407        Patricia Burchfield, et al. v. Wyeth, et al.

MISSISSIPPI SOUTHERN
   ~~MSS   3  04-877~~      ~~Carolyn Green v. Wyeth, Inc., et al.~~ Opposed 4/06/05
   MSS   3  05-113       Carla Clemons v. Wyeth, Inc., et al.

OHIO SOUTHERN
   OHS   2  05-104       Norma Hiles, et al. v. Pharmacia & Upjohn Co., et al.
   OHS   3  05-47        Janet L. Burkhardt, et al. v. Wyeth, Inc., et al.

OREGON
   OR   6  05-6028       Barbara Thompson v. Wyeth, Inc., et al.

PENNSYLANIA EASTERN
   PAE   2  04-4170      Lovena Nickle v. Solvay Pharmaceutical, Inc., et al.

SCHEDULE CTO-43 TAG-ALONG ACTIONS (MDL-1507)

Page 2 of 2

<u>DISTRICT DIV. C.A.#</u>

**SOUTH CAROLINA**
SC 8 05-367          Doris Leopard, et al. v. Wyeth, Inc., et al.

**TEXAS EASTERN**
TXE 4 04-450         Angela Choate, et al. v. Wyeth, et al.

**TEXAS NORTHERN**
TXN 3 05-195         Judy Ballenger v. Pharmacia & Upjohn Co., LLC, et al.

**TEXAS SOUTHERN**
TXS 4 05-14          Wilma Irene Hudelson v. Wyeth, Inc., et al.

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
OFFICE OF THE CLERK
600 WEST CAPITOL AVENUE
SUITE 402
LITTLE ROCK, ARKANSAS 72201-3325

**JAMES W. McCORMACK**                                                    (501)604-5351
   **CLERK**

April 15, 2005

Bill Ruane
U. S. District Court Clerk
District of Massachusetts
One Courthouse Way, Room 2300
Boston, Massachusetts 02210-3002

    Re:    MDL No. 1507 - In re Prempro Products Liability Litigation
            E.D. AR Master Case Number 4:03CV01507 WRW
            Karen Luciano, et al v. Wyeth, Inc., et al - Your Case No. 1:04-12350 NG
            Sheryl Skerry v. Wyeth, Inc., et al - Your Case No. 1:05-10144

Dear Mr. Ruane:

    A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. § 1407 was received and filed in this district on April 14, 2005. Enclosed are certified copies of that order directing the transfer of your civil cases to the Eastern District of Arkansas. They are assigned to the docket of Hon. William R. Wilson, Jr., for coordinated or consolidated pretrial proceedings. Please reference the case number assigned to this court in all correspondence or communications.

    The original pleadings (e.g., original complaint, counterclaim, cross-complaint or third-party complaint, and answer or responsive pleading) and certified copy of the docket entries in the cases listed above should be forwarded immediately to: Clerk, U.S. District Court, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Room 402, Little Rock, Arkansas 72201-3325. (See *Guide to Judiciary Policies and Procedures*, Volume 4, Chapter 7 § 7.07.) Due to the high volume of cases involved in this litigation, please provide paper copies of the above documents instead of simply referring to your website. Communications regarding these actions should be directed to Ms. Mary Johnson at (501) 604-5144 or Dennis J. Wysocki at (501) 604-5305. If you have any questions, please do not hesitate to call.

Sincerely,

*[signature]*

JAMES W. McCORMACK, CLERK

JWMc/rm
Enclosures
cc:    Hon. William R. Wilson, Jr.